# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

LARRY G. COKER,      )
           )
    Plaintiff,      )
           )
v.           ) Case No. 5:16-cv-00891-KOB-TMP
           )
STATE OF ALABAMA, et al.,    )
           )
    Defendants.     )

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on July 1, 2016, recommending that this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b).  (Doc. 5). The plaintiff was notified of his right to file objections within fourteen days of the report and recommendation.  Although the plaintiff requested and received an extension of time to file objections (docs. 6 and 7), the court has received no objections.

Having carefully reviewed and considered de novo all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation.  Therefore, in accordance with

28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

The court will enter a separate Final Order.

DONE and ORDERED this 25th day of August, 2016.

KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE

2